## ALVIN RICKY HARRIS A/K/A JOSEPH JOHNSON V. STATE OF MARYLAND

[No. 84, September Term, 1983.]

*Decided September 29, 1983.*

The cause was submitted to MURPHY, C. J., and SMITH, ELDRIDGE, COLE, DAVIDSON, RODOWSKY and COUCH, JJ.

## *PER CURIAM ORDER*

The Court having considered and granted the petition for writ of certiorari as to Question No. 2 in the above captioned case, it is this 29th day of September, 1983

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, affirmed except as to the sentence; and it is further

ORDERED that the sentence be, and it is hereby, vacated and the case remanded to the Court of Special Appeals with instructions to remand the case to the Circuit Court for Baltimore City for a new sentencing hearing consistent with *Raiford v. State,* No. 100, September Term, 1982, decided July 8, 1983.